UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LE,

        Plaintiff,

    v.

CARSON,

        Defendant.

Case No. 20-cv-07349-SK

**ORDER OF DISMISSAL**

On April 12, 2021, the Court dismissed Plaintiff's claims against the federal Defendants with prejudice, but provided Plaintiff with leave to amend to bring claims against the Housing Authority of Contra Costa County. The Court set a deadline of May 14, 2021 for plaintiff to file an amended complaint. She failed to do so. Therefore, the Court HEREBY DISMISSES this action. The Court will issue a separate judgment. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: August 2, 2021

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge